UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Jerry Hofrock,**

*Plaintiff,*
*v.*

**Freedom Mortgage Corporation,**

*Defendant.*

**Civil Action No. 1:22-cv-00900-RP**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Stephen Casey, Movant herein, files this Motion for Leave to Withdraw as Counsel and respectfully shows the Court as follows:

1. Movant requests leave of Court to withdraw as attorney of record for Jerry Hofrock in this cause.

2. Movant states the following facts which establish good cause for this request:

(a) Jerry Hofrock desires to pursue an objective with which the Movant has fundamental disagreement.

3. A copy of this Motion has been delivered to Jerry Hofrock.

4. Jerry Hofrock has been notified in writing of the right to object to this Motion.

5. The last known address for Jerry Hofrock is: █████████████

6. Jerry Hofrock AGREES to this Motion as indicated by Jerry Hofrock's signature below.

7. The following are all of the pending settings and deadlines in this cause: 14-day response on motion to dismiss due on October 6, 2022.

8. This Motion is not filed for delay only.

PRAYER:  Movant prays that the Court grant this Motion and grant Stephen Casey leave to withdraw as attorney of record in this cause. Movant further requests such other and further relief as may be determined by the Court to be appropriate.

Respectfully submitted,

Casey Law Office, P.C.
P.O. Box 2451
Round Rock, TX 78680


/s/ Stephen Casey
Stephen Casey
Attorney for Plaintiff
Bar No: 24065015
Office Phone: (512) 257-1324
Fax: (512) 853-4098
Email: stephen@caseylawoffice.us

**AGREED**

_____
Jerry Hofrock

## CERTIFICATE OF SERVICE

I hereby certify that on ~~September 27~~ October 6, 2022, a true and correct copy of the foregoing was served via ECF service on the following counsel:

Dustin C. George
MILLER, GEORGE & SUGGS, PLLC
5601 Democracy Crive, Suite 265
Plano, TX 75024
dgeorge@mgs-legal.com

/s/ *Stephen Casey*
Stephen Casey