IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JERRY HOFROCK,<br>    Plaintiff, § § § | |
| v. § | Civil Action No. 1:22-cv-00900-RP |
| § | |
| FREEDOM MORTGAGE §<br>CORPORATION, §<br>    Defendant. § | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Jerry Hofrock, and files his Notice of Dismissal without Prejudice, and would respectfully show the Court as follows:

1. This matter came before the Court as a result of Defendant Freedom Mortgage Corporation's removal of the case from the Williamson County District Court where it was originally filed.

2. Defendant Freedom Mortgage did not file an answer to Plaintiff's Original Petition in Williamson County District Court and has not yet filed an answer in this Court.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jerry Hofrock hereby dismisses without prejudice his claims against Defendant Freedom Mortgage Corporation.

    Respectfully submitted,

    GAMMON LAW OFFICE, PLLC
    */s/ William B. Gammon*

    ―――――――――――――――――
    WILLIAM B. GAMMON, SBN: 07611280
    901 S. MoPac., Building 1, Ste. 300
    Austin, Texas 78746
    Phone: (512) 444-4529
    Fax: (888) 545-4279
    Firm@GammonLawOffice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record listed below on this 2nd day of December, 2022.

/s/ *William B. Gammon*

Bradley Conway
Texas Bar No. 24055340
bconway@mgs-legal.com
Dustin George
Texas Bar No. 24065287
dgeorge@mgs-legal.com
MILLER, GEORGE & SUGGS, PLLC
5601 Democracy Drive, Suite 265
Plano, Texas 75024
Phone: (972) 532-0128
Fax: (214) 291-5507
**Attorneys for Defendant**
**Freedom Mortgage Corporation**